# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>  Plaintiff,<br><br>v.<br><br>LEOPARD INDUSTRIES, INC.,<br><br>  Defendant. | Case No. 2:23-cv-00415-DSC |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Leopard Industries, Inc.

Dated: August 28, 2024

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson (PA 56657)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

**SO ORDERED:**
Dated: August 29, 2024

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge